UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWION R. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LAM, et al.,<br><br>    Defendants. | Case No.19-cv-01602-SI<br><br>**JUDGMENT** |

    The Court has granted defendants' motions for summary judgment. Judgment is entered accordingly.

    **IT IS SO ORDERED.**

Dated:

_____
SUSAN ILLSTON
United States District Judge